UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas M. Skare,<br><br>    Plaintiff,<br><br>vs.<br><br>Menard, Inc. and<br>HSBC Bank Nevada, N.A.,<br><br>    Defendants. | Court File No.: 09-348 (PAM/RLE)<br><br>**ORDER FOR DISMISSAL** |

Pursuant to agreement by the parties, it is hereby ordered as follows:

Any and all claims by Thomas M. Skare against Menard, Inc. and HSBC Bank Nevada, N.A., in this matter are hereby dismissed, without prejudice, and without any award of costs or disbursements to either party.

There being no just reason for delay, LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 20 , 2009        BY THE COURT:

                                                s/ Paul A. Magnuson
                                               United States District Court Judge